In the Matter of JOSEPH SCAROLA, Appellant, against JOHN FOSTER, as Warden of Auburn Prison, et al., Respondents.

Submitted November 10, 1947; decided January 15, 1948.

*Joseph Scarola*, in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr.*, of counsel), opposed.

Motion for leave to appeal and to have appeal heard on handwritten record and briefs denied.

Appeal dismissed on the ground that no appeal lies as of right from the order of the Appellate Division.